# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| FANNIE M. WINBUSH, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:17-CV-1428-L** |
| | § | |
| INTELLIGENCE COMMUNITY | § | |
| GROUP, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On July 24, 2017, Magistrate Judge David L. Horan entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report"), recommending that, pursuant to Federal Rule of Civil Procedure 41(b), the court dismiss Plaintiff's Complaint for failure to prosecute and to comply with a court order. No objections were filed to the report. Having reviewed the record in this case, Report, and applicable law, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** this action for failure to prosecute and comply with a court order.

**It is so ordered** this 20th day of October, 2017.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order – Solo Page**